Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 7128 | DATE | 1/26/2001 |
| CASE TITLE | Inforsys, Inc. Vs. Joel Davis et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The motion to dismiss is denied. Status hearing set for February 15, 2001 at 9:45am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | JAN 30 2001 date docketed | |
| ✓ | Docketing to mail notices. | | | 7 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 01 JAN 29 AM 8:55 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

INFOSYS, INC., )
an Illinois corporation, )
)
        Plaintiff, )
)
vs. ) No. 00 C 7128
)
JOEL DAVIS, An Illinois resident, )
et al., )
)
        Defendants. )

**DOCKETED**
**JAN 3 0 2001**

## MEMORANDUM OPINION AND ORDER

Plaintiff sues for copyright infringement. Defendants move to dismiss, claiming the suit really relates to whether or not certain of the defendants have license rights (at least to the end of 2000), that the license issues rest upon state law, and that the state law issues are already being litigated in state court.

The motion to dismiss is denied. In state court the issues are characterized as state law licensing issues. Here the plaintiff sues for copyright infringement, and defendants may well claim that there is no infringement because of license rights. Plaintiffs in state court are entitled to pursue state law claims there. But plaintiff here sues for copyright infringement, a claim for a remedy expressly granted by the Copyright Act, and it may, indeed must, pursue that claim in federal court. T. B. Harms Company v. Eliscu, 339 F.2d 823 (2d Cir. 1964), *cert. denied* 381 U.S. 915. The "well-pleaded complaint" rule applies, Saturday Evening Post Co. v. Rumbleseat Press, Inc., 816 F.2d 1191 (7th Cir. 1987), even though licensing issues may ultimately come to dominate the litigation. Bassett v. Mashantucket Pequot Tribe, 204 F.3d 343 (2d Cir. 2000).

That results, of course, in two lawsuits proceeding along somewhat parallel tracks, but that is not a basis for preferring one over the other. Both may proceed. No basis for abstention is apparent, as <u>Colorado River Water Conservation District v. United States</u>, 424 U.S. 800 (1976) and <u>Moses H. Cone Memorial Hospital v. Mercury Construction Corp.</u>, 460 U.S. 1 (1983) make clear, particularly as plaintiff is required to pursue his federal remedies in federal court.

JAMES B. MORAN
Senior Judge, U. S. District Court

Jan. 26, 2000.